## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13
    **CHANTEL DEELVA PELAEZ,**        :
        **Debtor**                :        **Bky. No.  19-12241 ELF**

## O R D E R

    **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the

Motion") (Doc. #40 ) filed by **Government Loan Securitization Trust 2011-FV 1, ET AL**

("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in

   the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation

   of the automatic stay, 11 U.S.C. §362(a).

3. If: (a) the Lender has filed a proof of claim on account of pre-petition arrears and (b) the

   Trustee determines that the loan modification provides for reinstatement of the loan account

   and the elimination of the pre-petition arrears, the Trustee may treat the Lender's proof of

   claim as **DISALLOWED** insofar as it constitutes a demand for payment of prepetition

   arrears.


**Date: October 16, 2019**

                                    _____

                                    **ERIC L. FRANK**
                                    **U.S. BANKRUPTCY JUDGE**