**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**

                                           **13**

**Chantel Deelva Pelaez**

                                          **Bky No. 19-12241-elf**

        **Debtor**

**ORDER**

      **AND NOW,** this _____ day of _____ 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

      **ORDERED** that counsel fees in the amount $5,250.00 less $667.00 already paid with a remaining balance of **$4,583.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

                                                        **BY THE COURT:**

                                                        _____
                                                        Hon. Eric L. Frank
                                                        **U.S. BANKRUPTCY JUDGE**

**CC:**    **Brandon Perloff, Esq.**
           Kwartler Manus, LLC
           1429 Walnut Street, Suite 701
           Philadelphia, PA   19102

           William C. Miller, Esquire
           Post Office Box 40119
           Philadelphia, PA 19106
           Chapter 13 Trustee

           Chantel Deelva Pelaez
           7816 Cedarbrook Avenue
           Philadelphia, PA 19150