**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| **Chantel Deelva Pelaez** | : | |
| Debtor | : | BANKRUPTCY NO.: 19-12241 -elf |

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Esquire, do hereby certify that true and correct copies of the Debtor's Second Amended Chapter 13 Plan have been served upon the following interested parties this 6th day of December, 2019.

cc:   **Via electronic mail:**
MARY F. KENNEDY on behalf of Creditor Citizens Bank, N.A.mary@javardianlaw.com, tami@javardianlaw.com

WILLIAM C. MILLER, Esq.ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor Goverment Loan Securitization Trust 2011-FV1, Et Al...bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**Via First Class Mail:**
Chantel Deelva Pelaez
7816 Cedarbrook Ave
Philadelphia, PA 19150
 (Debtor)

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Philadelphia Gas Works
Attn: Bankruptcy Dept 3F
800 W. Montgomery Avenue
Philadelphia, PA 19122

                                                              Respectfully submitted,

                                                              /s/ Brandon Perloff_____
                                                              Brandon Perloff, Esq.
                                                              Attorney for Debtor