**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**

**Chantel Deelva Pelaez**

**Debtor**

13

Bky No. 19-12241-elf

**ORDER**

**AND NOW,** this   15th   day of   January 2020,   upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,250.00 less $667.00 already paid with a remaining balance of **$4,583.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**