United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chantel Deelva Pelaez  
    Debtor

Case No. 19-12241-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Jan 15, 2020  
                     Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.  
db         +Chantel Deelva Pelaez,    7816 Cedarbrook Avenue,    Philadelphia, PA 19150-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 03:21:14      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
         BRANDON J PERLOFF    on behalf of Debtor Chantel Deelva Pelaez bperloff@kmfirm.com,
         kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
         MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. mary@javardianlaw.com,
         tami@javardianlaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Goverment Loan Securitization Trust 2011-FV1, Et
         Al... bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In Re:**

**Chantel Deelva Pelaez**

**Debtor**

13

Bky No. 19-12241-elf

### ORDER

**AND NOW,** this   15th   day of   January 2020,   upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,250.00 less $667.00 already paid with a remaining balance of **$4,583.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**