United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Chantel Deelva Pelaez  
    Debtor

Case No. 19-12241-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Sep 23, 2020  
                   Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
```
db              +Chantel Deelva Pelaez,    7816 Cedarbrook Avenue,    Philadelphia, PA 19150-1308
cr              +Government Loan Securitization Trust 2011-FV1,    14841 Dallas Parkway Suite 425,
                  Dallas, TX 75254-8067
cr              +SPECIALIZED LOAN SERVICING LLC,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2020 05:20:44      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:
```
          BRANDON J PERLOFF    on behalf of Debtor Chantel Deelva Pelaez bperloff@perlofflaw.com,
           kmecf1429@gmail.com
          MARY F. KENNEDY     on behalf of Creditor   Citizens Bank, N.A. mary@javardianlaw.com,
           angie.harrigan@javardianlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Goverment Loan Securitization Trust 2011-FV1, Et
           Al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    CHANTEL DEELVA PELAEZ, | : | |
|       Debtor | : | Bky. No.  19-12241 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. #79) is **APPROVED**.

Date:  September 22, 2020

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**