UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                               CASE NO.: 19-12241
**CHAPTER 13**

**Chantel Deelva Pelaez,**
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of GOVERNMENT LOAN SECURITIZATION TRUST 2011-FV1, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS DELAWARE TRUSTEE AND U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CO-TRUSTEE ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       13010 Morris Rd., Suite 450
                                       Alpharetta, GA  30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Michelle L. McGowan, Esq.
                                           Michelle L. McGowan, Esq.
                                           Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on August 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHANTEL DEELVA PELAEZ
7816 CEDARBROOK AVENUE
PHILADELPHIA, PA 19150

And via electronic mail to:

BRANDON PERLOFF PC
1830 LOMBARD STREET, STE 11A
PHILADELPHIA, PA 19146

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

                                              By: /s/ Angela Gill