UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHANTEL DEELVA PELAEZ | : | |
| DEBTOR | : | BNKY NO.: 19-12241-PMM |
| | : | |

CERTIFICATION OF NO RESPONSE TO
DEBTOR'S MOTION TO APPROVE PARTIAL CLAIM

    I, Brandon Perloff, Esq., counsel for the Debtor in the above-captioned matter, do hereby certify that the Debtor's **Motion to Approve Partial Claim** and the **Notice** thereof were served upon all interested parties on March 10, 2025. Responses to the Motion were due by April 9, 2025. As of this date, no objections or responses have been filed or received.

    WHEREFORE, as the Motion is uncontested, the undersigned respectfully requests that this Honorable Court enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

    Respectfully submitted,

Date: April 13, 2025

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
1830 Lombard Street, 11A
Philadelphia, PA 19146
bperloff@perlofflaw.com
215-287-4231