UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHANTEL DEELVA PELAEZ | : | |
| DEBTOR | : | BNKY NO.: 19-12241-PMM |
| | : | |

## ORDER APPROVING PARTIAL CLAIM

        **AND NOW**, this __14th__ day of __April_____, 2025, upon considering of the Debtor's Motion to Approve Partial Claim (the "Motion"), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Partial Claim between the Debtor and Government Loan Securitization Trust 2011-FV1, c/o Shellpoint Mortgage Servicing (hereinafter, "Shellpoint"), regarding the Property, 7816 Cedarbrook Avenue, Philadelphia, PA 19150, is **APPROVED**;

3. The execution of the agreement(s), and any recordation of the agreement(s) in the County land records do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. §549.

4. Shellpoint shall file Proof of Claim(s)/Amended Proof of Claim(s) to reflect the Loan Modification and Partial Claim Mortgage within thirty (30) days of the entry of an Order of the Court granting the Motion.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
US BANKRUPTCY JUDGE

Dated: April 14, 2025