United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-12241-pmm

Chantel Deelva Pelaez  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chantel Deelva Pelaez, 7816 Cedarbrook Avenue, Philadelphia, PA 19150-1308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Chantel Deelva Pelaez bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Goverment Loan Securitization Trust 2011-FV1 Et Al... bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Government Loan Securitization Trust 2011-FV1 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 14, 2025 | Form ID: pdf900 | Total Noticed: 1 |

individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rshearer@raslg.com

SHERRI DICKS on behalf of Creditor Government Loan Securitization Trust 2011-FV1 sdicks@raslg.com shrdlaw@outlook.com

United States Trustee USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHANTEL DEELVA PELAEZ | : | |
| DEBTOR | : | BNKY NO.: 19-12241-PMM |
| | : | |

### ORDER APPROVING PARTIAL CLAIM

**AND NOW**, this  14th  day of April , 2025, upon considering of the Debtor's Motion to Approve Partial Claim (the "Motion"), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Partial Claim between the Debtor and Government Loan Securitization Trust 2011-FV1, c/o Shellpoint Mortgage Servicing (hereinafter, "Shellpoint"), regarding the Property, 7816 Cedarbrook Avenue, Philadelphia, PA 19150, is **APPROVED**;

3. The execution of the agreement(s), and any recordation of the agreement(s) in the County land records do not violate the automatic stay, 11 U.S.C. § 362(a), or the provisions of 11 U.S.C. §549.

4. Shellpoint shall file Proof of Claim(s)/Amended Proof of Claim(s) to reflect the Loan Modification and Partial Claim Mortgage within thirty (30) days of the entry of an Order of the Court granting the Motion.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
US BANKRUPTCY JUDGE

Dated: April 14, 2025