Certificate Number: 12433-PAE-DE-040436596

Bankruptcy Case Number: 19-12241



12433-PAE-DE-040436596

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 19, 2025, at 8:11 o'clock PM EST, Chantel DeElva Pelaez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 22, 2025         By:   /s/Loren Bailey Roberts

                                Name: Loren Bailey Roberts

                                Title: Teacher