**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHANTEL DEELVA PELAEZ | : | |
| DEBTOR | : | BKY NO: 19-12241-PMM |

## WITHDRAWAL OF APPEARANCE OF COUNSEL FOR DEBTOR

TO THE PROTHONOTARY:

Kindly withdraw Brandon J. Perloff's appearance for the Debtor in the above-captioned bankruptcy matter. Brandon J. Perloff is no longer counsel for Debtor and should not receive future notices or service in this case.

Respectfully submitted,

By: /s/ Brandon Perloff
Brandon J. Perloff, Esquire
2444 Huntingdon Pike
Huntingdon Valley, PA 19006
P: (215) 947-6240
F: (215) 947-6254
E: bperloff@howlandhess.com

## ENTRY OF APPEARANCE OF COUNSEL FOR DEBTOR

TO THE PROTHONOTARY:

Kindly enter my appearance for the Debtor in the above-captioned bankruptcy matter.

HOWLAND HESS BIRNBAUM

By: /s/ Frank TJ Dillon
Frank TJ Dillon, Esquire
2444 Huntingdon Pike
Huntingdon Valley, PA 19006
P: (215) 947-6240
F: (215) 947-6254
E: tjdillon@howlandhess.com

Date: 1/9/2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHANTEL DEELVA PELAEZ | : | |
| DEBTOR | : | BKY NO: 19-12241-PMM |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Debtor was filed electronically. Notice of this filing will be sent to all parties registered with the Clerk to receive electronic notice via the CM/ECF system.

Date: 1/9/2026                                                      Respectfully submitted,

By: /s/ Brandon Perloff
Brandon J. Perloff, Esquire
2444 Huntingdon Pike
Huntingdon Valley, PA 19006
P: (215) 947-6240
F: (215) 947-6254
E: bperloff@howlandhess.com