**Fill in this information to identify the case:**

Debtor 1     **CHANTEL DEELVA PELAEZ**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

(State)

Case Number    **19-12241-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**    CITIZENS BANK, N.A. F/K/A RBS CITIZENS, N.A.

**Court claim no.** (if known):
11

**Last 4 digits** of any number you use to identify the debtor's account:    1   8   9   4

**Property Address:**    7816 CEDARBROOK AVENUE
Number     Street

Philadelphia           PA    19150
City                   State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 8,935.80 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 8,935.80 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 2,226.95 |
| d. Total amount of arrearages disbursed by the trustee: | $ 11,162.75 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

**✗** /s/ Kenneth E. West _____          Date   05/17/2026
Signature

Trustee          Kenneth E. West _____
First Name          Middle Name          Last Name

Address          190 N. Independence Mall West, Suite 701
Number          Street

Philadelphia                    PA     19106
City                    State   ZIP Code

Contact phone   (215) 627-1377          Email  info@ph13trustee.com

| Debtor 1 | **CHANTEL DEELVA PELAEZ** | | | Case Number **19-12241-PMM** | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 06/09/2021 | 2527151 | Disbursement To Creditor/Principal | 41.49 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 07/09/2021 | 2528600 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 08/09/2021 | 2530046 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 09/09/2021 | 2531445 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 10/08/2021 | 3000270 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 11/09/2021 | 3001642 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 12/09/2021 | 3003025 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 01/10/2022 | 3004280 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 02/07/2022 | 3005626 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 03/07/2022 | 3006876 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 04/12/2022 | 3008222 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 05/11/2022 | 3009617 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 06/09/2022 | 3010875 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 07/12/2022 | 3012137 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 08/16/2022 | 3013457 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 09/08/2022 | 3014685 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 10/11/2022 | 3015795 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 11/15/2022 | 3017057 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 12/13/2022 | 3018375 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 02/08/2023 | 3020787 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 03/09/2023 | 3022018 | Disbursement To Creditor/Principal | 179.26 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 04/12/2023 | 3023290 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 05/09/2023 | 3024562 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 06/13/2023 | 3025729 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 07/13/2023 | 3026889 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 08/15/2023 | 3028027 | Disbursement To Creditor/Principal | 179.27 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 09/18/2023 | 3029209 | Disbursement To Creditor/Principal | 179.25 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 11/09/2023 | 3031214 | Disbursement To Creditor/Principal | 175.36 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 12/21/2023 | 4000161 | Disbursement To Creditor/Principal | 175.37 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 01/16/2024 | 4001017 | Disbursement To Creditor/Principal | 175.36 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 03/12/2024 | 4002858 | Disbursement To Creditor/Principal | 526.10 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 04/10/2024 | 4003770 | Disbursement To Creditor/Principal | 350.73 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 06/14/2024 | 4005606 | Disbursement To Creditor/Principal | 175.36 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 07/17/2024 | 4006567 | Disbursement To Creditor/Principal | 175.37 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 08/14/2024 | 4007508 | Disbursement To Creditor/Principal | 175.36 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 10/16/2024 | 4009209 | Disbursement To Creditor/Principal | 352.68 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 12/11/2024 | 4010986 | Disbursement To Creditor/Principal | 177.32 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 01/15/2025 | 4011830 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 02/12/2025 | 4012704 | Disbursement To Creditor/Principal | 531.93 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 03/12/2025 | 4013550 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 04/15/2025 | 4014410 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 05/14/2025 | 4015300 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 07/16/2025 | 4016975 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 08/13/2025 | 4017840 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 09/10/2025 | 4018680 | Disbursement To Creditor/Principal | 177.31 |
| 11 | CITIZENS BANK, N.A. F/K/A R | Secured Arrears Mortgage | 10/15/2025 | 4019521 | Disbursement To Creditor/Principal | 1.44 |

Total for Claim Number 11: 8,935.80

**Total for Part 3 - b (Prepetition Arrears):** 8,935.80

| Debtor 1 | CHANTEL DEELVA PELAEZ | | Case Number **19-12241-PMM** | Page 2 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/09/2021 | 2529193 | Disbursement To Creditor/Principal | 55.01 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 08/09/2021 | 2530616 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 09/09/2021 | 2532037 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 10/08/2021 | 3000827 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 11/09/2021 | 3002217 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 12/09/2021 | 3003553 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 01/10/2022 | 3004837 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 02/07/2022 | 3006158 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 03/07/2022 | 3007393 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 04/12/2022 | 3008804 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 05/11/2022 | 3010152 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 06/09/2022 | 3011411 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/12/2022 | 3012703 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 08/16/2022 | 3014010 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 09/08/2022 | 3015147 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 10/11/2022 | 3016342 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 11/15/2022 | 3017631 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 12/13/2022 | 3018875 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 02/08/2023 | 3021297 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 03/09/2023 | 3022562 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 04/12/2023 | 3023812 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 05/09/2023 | 3025061 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 06/13/2023 | 3026251 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/13/2023 | 3027379 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/13/2023 | 3027379 | Cancelled Check To Creditor/Principal | -44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/13/2023 | 3027800 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 08/15/2023 | 3028533 | Disbursement To Creditor/Principal | 44.67 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 09/18/2023 | 3029704 | Disbursement To Creditor/Principal | 44.68 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031695 | Disbursement To Creditor/Principal | 43.70 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000516 | Disbursement To Creditor/Principal | 43.71 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001363 | Disbursement To Creditor/Principal | 43.70 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003194 | Disbursement To Creditor/Principal | 131.11 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004110 | Disbursement To Creditor/Principal | 87.41 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005945 | Disbursement To Creditor/Principal | 43.70 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006890 | Disbursement To Creditor/Principal | 43.71 |
| 13 | SPECIALIZED LOAN SERVICII | Secured Arrears Order On Stip Post-Pet | 08/14/2024 | 4007813 | Disbursement To Creditor/Principal | 43.70 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009518 | Disbursement To Creditor/Principal | 87.89 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011266 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012113 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012984 | Disbursement To Creditor/Principal | 132.57 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013829 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014686 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015566 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017240 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018089 | Disbursement To Creditor/Principal | 44.19 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018923 | Disbursement To Creditor/Principal | 44.18 |
| 13 | SHELLPOINT MORTGAGE SE | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019775 | Disbursement To Creditor/Principal | 0.36 |

Total for Claim Number 13: 2,226.95

**Total for Part 3 - c (Postpetition Arrears):** **2,226.95**