**Fill in this information to identify the case:**

Debtor 1     **CHANTEL DEELVA PELAEZ**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **19-12241-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   NEWREZ LLC D/B/A/ SHELLPOINT MORTGAGE SERVICING

**Court claim no.**  (if known):
20-1

**Last 4 digits** of any number you use to identify the debtor's account:     3   1   8   9

**Property Address:**     7816 CEDARBROOK AVENUE
Number        Street

Philadelphia                                                         PA      19150
City                                                                State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $          -0- |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          -0- |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $          -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          -0- |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____     Date    05/17/2026
   Signature

Trustee     Kenneth E. West _____
            First Name          Middle Name          Last Name

Address     190 N. Independence Mall West, Suite 701 _____
            Number      Street

            Philadelphia _____     PA     19106
            City                                State   ZIP Code

Contact phone   (215) 627-1377 _____     Email  info@ph13trustee.com _____

| Debtor 1 | **CHANTEL DEELVA PELAEZ** | Case Number **19-12241-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

## History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |