United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12241-pmm |
| Chantel Deelva Pelaez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 18, 2026 | Form ID: 138OBJ | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chantel Deelva Pelaez, 7816 Cedarbrook Avenue, Philadelphia, PA 19150-1308 |
| 14321068 | + | A-1 Famil Dental Care, P.C., 401 Commerce Drive, Ste 108, Fort Washington, PA 19034-2724 |
| 14321069 | + | Abington Health Urgent Care, P.O. Box 660827/ Mailstop72265760, Dallasm TX 75266-0827 |
| 14321070 | + | Bistline Vision Care Assoc, PC, 3070 Bristol Pike, Suite 2-220, Bensalem, PA 19020-5361 |
| 14321082 | | Comenity Bank, P.O. Box, Sant Antonio, TX 78265 |
| 14392949 | + | Goverment Loan Securitization Trust 2011-FV1, U.S., C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14956908 | + | Government Loan Securitization Trust 2011-FV1, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14321076 | | Macy's, P.O. Box 90011094, Louisville, KY 40290 |
| 14303834 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadlephia, PA 19107-3619 |
| 14321080 | + | Women OB/GYN, 2701 Blair Mill Road, Suite C, Willow Grove, PA 19090-1041 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 19 2026 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14303829 | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14381686 | | Email/Text: megan.harper@phila.gov | May 19 2026 01:59:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14319507 | + | Email/Text: documentfiling@lciinc.com | May 19 2026 01:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14303827 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2026 02:08:50 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14303828 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2026 02:08:50 | Capital One Na, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14321071 | ^ | MEBN | May 19 2026 01:56:27 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14321072 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2026 01:58:00 | Comenity -Roaman's, P.O. Box 659728, San |

District/off: 0313-2                         User: admin                                    Page 2 of 4

Date Rcvd: May 18, 2026                      Form ID: 138OBJ                                Total Noticed: 49

|  |  |  |  | Antonio, TX 78265 |
|---|---|---|---|---|
| 14303830 | + | Email/Text: bankruptcy@consumerportfolio.com | May 19 2026 01:59:00 | Consumer Portfolio Svc, Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14321075 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 02:08:46 | Macy's, PO Box 78008, Phoenix, AZ 85062 |
| 14303839 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2026 02:08:57 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040 |
| 14321073 | ^ | MEBN | May 19 2026 01:56:26 | Debt Recovery Solutions, 6800 Jericho Turnpike, STE 11E, Syosset, NY 11791-4401 |
| 14343637 |  | Email/Text: bnc-quantum@quantum3group.com | May 19 2026 01:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14919065 | + | Email/Text: RASEBN@raslg.com | May 19 2026 01:58:00 | Government Loan Securitization Trust, c/o Michelle L. McGowan, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14918980 | + | Email/Text: mtgbk@shellpointmtg.com | May 19 2026 01:58:00 | Government Loan Securitization Trust 2011-FV1,, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14321074 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2026 01:58:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14326449 |  | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2026 01:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14321077 | + | Email/Text: bankruptcy@sccompanies.com | May 19 2026 01:59:00 | Masseys, P.O. Box 2822, Monroe WI 53566-8022 |
| 14321078 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 19 2026 02:08:50 | Navient Dept of Ed Loan Servicing, P.O. Box 740351, Atlanta, GA 30374-0351 |
| 14321079 |  | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 19 2026 02:08:56 | Navient Solutions Inc, Department of Education Loan Services, PO Box 9635, Wilkes- Barre, PA 18773-9635 |
| 14303832 | + | Email/Text: bankruptcygroup@peco-energy.com | May 19 2026 01:58:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14343418 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14303833 | + | Email/Text: CollectionsDept@PFCU.COM | May 19 2026 01:58:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14308857 | ^ | MEBN | May 19 2026 01:56:32 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14307712 |  | Email/Text: bnc-quantum@quantum3group.com | May 19 2026 01:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14303835 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 19 2026 02:08:46 | Regional Acceptance Co, 5425 Robin Road, Norfolk, VA 23513-2441 |
| 14317439 |  | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 19 2026 02:08:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14303836 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 19 2026 01:58:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14305629 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14304686 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2026 02:08:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14303837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2026 02:08:50 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |

District/off: 0313-2                          User: admin                                      Page 3 of 4

Date Rcvd: May 18, 2026                       Form ID: 138OBJ                                  Total Noticed: 49

| 14303838 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
|---|---|---|---|
| | | May 19 2026 02:08:50 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14533451 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 19 2026 01:58:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14444990 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 19 2026 01:58:00 | U.S. Bank Trust N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14343278 | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | May 19 2026 01:58:00 | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 14303840 | + Email/Text: megan.harper@phila.gov | | |
| | | May 19 2026 01:59:00 | Water Revenue Bureau, Pamela Elchert Thurmond, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1663 |
| 14321083 | + Email/Text: bankruptcy@webbank.com | | |
| | | May 19 2026 01:58:00 | WebBank, 215 State St. Suite 1000, Salt Lake City, UT 84111-2336 |
| 14321081 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | May 19 2026 02:08:56 | Wells Fargo Home Mortgage, P.O. Box 10335, Des Moinesm, IO 50306-0335 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14303831 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| FRANK TJ DILLON | |
| | on behalf of Debtor Chantel Deelva Pelaez tjdillon@howlandhess.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY F. KENNEDY | |
| | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                                 User: admin                                          Page 4 of 4

Date Rcvd: May 18, 2026                        Form ID: 138OBJ                              Total Noticed: 49

on behalf of Creditor Goverment Loan Securitization Trust 2011-FV1  Et Al... bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)–doc 134 – 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Chantel Deelva Pelaez                )          Case No. 19–12241–pmm
                                        )
                                        )
   Debtor(s).                           )          Chapter: 13
                                        )
                                        )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 18, 2026                                      For The Court

                                                   Mohung Wong
                                                   Clerk of Court