United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 19-12241-pmm

Chantel Deelva Pelaez                                                    Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                          Page 1 of 2

Date Rcvd: May 18, 2026                     Form ID: 234                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID            Recipient Name and Address**
db                + Chantel Deelva Pelaez, 7816 Cedarbrook Avenue, Philadelphia, PA 19150-1308

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2026 at the address(es) listed below:**

**Name                   Email Address**

FRANK TJ DILLON
                        on behalf of Debtor Chantel Deelva Pelaez tjdillon@howlandhess.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MARY F. KENNEDY
                        on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MATTHEW K. FISSEL
                        on behalf of Creditor Goverment Loan Securitization Trust 2011-FV1 Et Al... bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor Government Loan Securitization Trust 2011-FV1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor Government Loan Securitization Trust 2011-FV1 U.S. Bank Trust National Association, not in its

District/off: 0313-2                     User: admin                                    Page 2 of 2

Date Rcvd: May 18, 2026                  Form ID: 234                                   Total Noticed: 1

individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Chantel Deelva Pelaez

        Debtor(s)

Case No:19−12241−pmm

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

#### NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Mohung Wong
Clerk of Court

Date: 5/18/26