IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Chantel Deelva Pelaez<br>Debtor(s) | Chapter 13 Proceeding<br><br>19-12241 PMM |
| --- | --- |

ORDER

AND NOW, upon consideration of Citizens Bank, N.A. f/k/a RBS Citizens,

N.A.'s Motion for an Extension of Time to Respond to the Trustee's Notice of

Disbursements Made, it is hereby ORDERED, that Citizens Bank, N.A. f/k/a RBS

Citizens, N.A.'s Motion is granted.  Citizens Bank, N.A. f/k/a RBS Citizens, N.A. shall

have an additional seven (7) days or until June 22, 2026 to respond to the Trustee's

Notice of Disbursements Made.

BY THE COURT:

6/15/26

_____
United States Bankruptcy Judge
Patricia M. Mayer

{01060882}