United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-12241-pmm

Chantel Deelva Pelaez                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Jun 15, 2026                    Form ID: pdf900                          Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chantel Deelva Pelaez, 7816 Cedarbrook Avenue, Philadelphia, PA 19150-1308 |
| cr | + | Government Loan Securitization Trust 2011-FV1, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| cr | + | Government Loan Securitization Trust 2011-FV1, U.S, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 16 2026 00:44:00 | Government Loan Securitization Trust 2011-FV1, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 16 2026 00:44:00 | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Government Loan Securitization Trust 2011-FV1, U.S |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2

User: admin

Page 2 of 2

Date Rcvd: Jun 15, 2026

Form ID: pdf900

Total Noticed: 5

FRANK TJ DILLON

on behalf of Debtor Chantel Deelva Pelaez tjdillon@howlandhess.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MARY F. KENNEDY

on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

MATTHEW K. FISSEL

on behalf of Creditor Goverment Loan Securitization Trust 2011-FV1  Et Al... bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor Government Loan Securitization Trust 2011-FV1  U.S. Bank Trust National Association, not in its
individual capacity but solely as Delaware trustee and U.S. Bank National Association, not in its indivi rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor Government Loan Securitization Trust 2011-FV1 sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Chantel Deelva Pelaez<br>　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>19-12241 PMM |

ORDER

AND NOW, upon consideration of Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Motion for an Extension of Time to Respond to the Trustee's Notice of Disbursements Made, it is hereby ORDERED, that Citizens Bank, N.A. f/k/a RBS Citizens, N.A.'s Motion is granted.  Citizens Bank, N.A. f/k/a RBS Citizens, N.A. shall have an additional seven (7) days or until June 22, 2026 to respond to the Trustee's Notice of Disbursements Made.

BY THE COURT:

6/15/26

_____
United States Bankruptcy Judge
Patricia M. Mayer

{01060882}